UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-893-MOC-DCK

| | |
|---|---|
| **WILLIAM RYAN, III,** **JULIE A. RYAN,** | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) **ORDER OF REMAND** |
| **UNITED SERVICES AUTOMOBILE ASS'N,** | ) ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** comes before the Court on Plaintiffs' Unopposed Motion to Remand. (Doc. Nos. 5, 7). The Court **GRANTS** the motion.

Signed: October 25, 2024

Max O. Cogburn Jr.
United States District Judge

-1-